UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JUSTIN MEDLIN ) | |
| ) | |
| v.  ) | No. 2:08-0036 |
| ) | Judge Echols |
| TOWN OF GAINESBORO, TENNESSEE ) | |

**O R D E R**

Pending before the Court is the Joint Motion to Dismiss Federal Claims and Remand State Law Claims (Docket Entry No. 11). For the reasons stated in the Joint Motion and upon agreement of the parties, the Court finds that all federal causes of action listed in the complaint, including but not limited to, all claims under the Fair Labor Standards Act, *29 U.S.C. Section 201, et seq.*, shall be dismissed with full prejudice based upon the statute of limitations. The Court further finds that the state court contract actions and all causes of actions pursuant to state law should be remanded to state court by agreement of the parties.

Accordingly, all federal causes of action, including all claims under the Fair Labor Standards Act, 29 U.S.C. Section 201, et seq., are hereby DISMISSED with full prejudice. This case is REMANDED to state court for adjudication of all state court claims. The costs of this federal court action shall be taxed against the Plaintiff, for which execution may issue of necessary.

IT IS SO ORDERED.

Entered this ___ day of _____, 2008

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:


By /s/ John Wayne Allen
    JOHN WAYNE ALLEN
    Attorneys for Plaintiff,
    Justin Medlin
    441 East Broad Street, Suite 1
    Cookeville, Tennessee 38501
    931/260-3588
    BPR. No. 016682

MOORE, RADER, CLIFT
AND FITZPATRICK, P.C.


By /s/ Daniel H. Rader IV
    DANIEL H. RADER IV
    Attorneys for Defendant,
    Town of Gainesboro,
    Tennessee
    Post Office Box 3347
    Cookeville, Tennessee 38501
    (931)526-3311
    BPR. No. 025998

2

Case 2:08-cv-00036   Document 12   Filed 07/30/08   Page 2 of 2 PageID #: 34